[No. 3626.   Decided September 5, 1901.]

M,YER LEWIS, *Appellant*, v. THIRD STREET AND SUBURBAN RAIL-
WAY COMPANY *et al.*, *Respondents*.

Appeal from Superior Court, King County.—Hon. E. D. BEN-
SON, Judge.   Affirmed.

*Morris B. Sachs* and *Julius D. Hale*, for appellant.

*Bausman, Kelleher & Emory*, for respondents.

PER CURIAM.—This is an action by the same plaintiff against
the same defendants as in No. 3624, heretofore determined, *ante*,
p. 28, to recover upon an appeal bond executed by the defendants
on writ of error from the circuit court of appeals to the supreme
court of the United States.   The questions presented are the
same as those determined in case No. 3624, and, for the reasons
given in that case, the judgment in the present case is affirmed.

---

[No. 4001.   Decided December 3, 1901.]

CITIZENS' NATIONAL BANK of Crawfordsville, Indiana, *Appellant*,
v. W. C. SIVYER, *Respondent*.

Appeal from Superior Court, Spokane County.—Hon. LEANDER
H. PRATHER, Judge.   Affirmed.

*E. H. Belden* and *O. C. Moore*, for appellant.

*Hoyt & Taylor* and *Crow & Williams*, for respondent.

PER CURIAM.—The same questions are involved in this case
that were involved in the case of *Citizens' National Bank v.
Lucas*, *ante*, p. 417, and for the reasons assigned in that case,
the judgment in this will be affirmed.